UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tyrone Michael Strother,

    Petitioner,

v.

State of Minnesota; Tracy Beltz, Warden, MCF-Faribault; Keith Ellison, Minnesota Attorney General; and Linda M. Freyer,

    Respondents.

Civil No. 20-cv-1709 (PJS/HB)

ORDER ON REPORT
AND RECOMMENDATION

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Respondents State of Minnesota, Keith Ellison, and Linda M. Freyer are **DISMISSED** from this action; and

3. Tyrone Michael Strother's Motion for Relief from a Conviction or Sentence by Person in State Custody [ECF No. 2] is **DENIED WITHOUT PREJUDICE**.

Dated: December 14, 2020

                                                PATRICK J. SCHILTZ
                                               United States District Judge