# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Tyrone Michael Strother,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>Tracy Beltz, Warden, Minnesota<br>Correctional Facility-Faribault,<br><br>　　　　　　　Respondent. | Case No. 20-cv-1709 (PJS/HB)<br><br>**ORDER** |

　　　　This matter is before the Court on Petitioner Tyrone Michael Strother's Amended Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [ECF No. 13] and the Report and Recommendation of the U.S. Magistrate Judge [ECF No. 30]. No party has objected to the Report and Recommendation. Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. Tyrone Michael Strother's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [ECF No. 13] is **DENIED**;

2. This action is **DISMISSED**; and

3. No certificate of appealability shall be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: 6/8/21　　　　　　　　　　　　　　　　　s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　　　　PATRICK J. SCHILTZ
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge